# United States Bankruptcy Court
## Middle District of Florida

In re: __The Blend Coffee 1 LLC__
Debtor(s)

Case No. _____
Chapter __11__

# CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __The Blend Coffee 1 LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**The Blend Holdings, LLC**
**4701 Lansing Street, NE**
**Saint Petersburg, FL 33703**

☐ None [*Check if applicable*]

| | |
|---|---|
| **November 4, 2025** | **/s/ Amy Denton Mayer** |
| Date | **Amy Denton Mayer** |
| | Signature of Attorney or Litigant |
| | Counsel for __The Blend Coffee 1 LLC__ |
| | **Berger Singerman LLP** |
| | **101 E. Kennedy Boulevard** |
| | **Suite 1165** |
| | **Tampa, FL 33602** |
| | **(813) 498-3400** |
| | **amayer@bergersingerman.com** |